IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IRONSHORE EUROPE DAC,<br>*Plaintiff*,<br>v.<br><br>SCHIFF HARDIN, LLP,<br>*Defendants*. | § § § § § § § § § § § | Civil Action No. 2:17-CV-431-JRG |

# ORDER

In light of the First Amended Complaint (Dkt. No. 10) filed by Plaintiff Ironshore Europe DAC on June 26, 2017, Defendant Schiff Hardin, LLP's Motion to Dismiss (Dkt. No. 6) is hereby **DENIED AS MOOT**; such denial being without prejudice.  *See Bosarge v. Mississippi Bureau of Narcotics,* 796 F.3d 435, 440 (5th Cir. 2015) ("An amended complaint supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading." (quoting *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994)).   Should Defendant Schiff Hardin, LLP desire to renew its Motion to Dismiss, it should do so at the time it files its Answer to the Amended Complaint.

The Clerk is further directed to **VACATE** the Court's previous order denying Defendant Schiff Hardin, LLP's Motion to Dismiss as Moot (Dkt. No. 15) and to file this Order in substitution thereof.

**So ORDERED and SIGNED this 6th day of July, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE