Case 2:17-cv-00431-JRG   Document 48-1   Filed 11/23/17   Page 1 of 1 PageID #: 552


EXHIBIT 15 REUSCH

| From: | "Schiltz, Matthew G." <MSchiltz@schiffhardin.com> |
|---|---|
| Sent: | 7/15/2016 5:26:17 PM +0000 |
| To: | "Judge, Jonathan" <jjudge@schiffhardin.com>; "Parsons, Jeffrey" <jparsons@bmpllp.com> |
| Subject: | RE: Hinson - post-trial options memo |

Jeff – I'm in my office and happy to talk at your convenience.

Matt

312-258-5536

**From:** Judge, Jonathan
**Sent:** Friday, July 15, 2016 12:00 PM
**To:** Parsons, Jeffrey
**Cc:** Schiltz, Matthew G.
**Subject:** RE: Hinson - post-trial options memo

Jeff,

Please call my colleague Matt Schiltz (312-258-5536). Matt tried the case with me and know the exhibits quite well.

Jonathan

**From:** Parsons, Jeffrey
**Sent:** Friday, July 15, 2016 12:26 PM
**To:** Judge, Jonathan
**Subject:** RE: Hinson - post-trial options memo

Jon,

Is there someone else at your firm who is equally knowledgeable about the evidence at trial? If so, I'd like to speak with him or her - - or with you later this afternoon.

From my review of the transcripts thus far, I cannot find any evidence offered by plaintiff to support the proposition that the seat was unreasonably dangerous to use without a warning that it should not be used by children under 2. The only evidence I can find that gets close is the American Pediatric Academy's recommendation that children under 2 should be seated rear facing because it is "five times safer" - - which is not the same as saying that front faced seating under 2 is "unreasonably dangerous".

Thus, I am wondering whether Plaintiff actually met is burden of proof or whether there is insufficient evidence to support the jury's verdict.

Jeff

Jeffrey R. Parsons
Beirne, Maynard & Parsons, LLP
1300 Post Oak Blvd., 25th Floor
Houston, TX 77056
713-960-7302 (Direct)
713-825-8830 (Cell)
713-960-1527 (Fax)
jparsons@bmpllp.com

EXHIBIT A

IRONSHORE0004204