**From:** Michelle Anderson <Michelle.Anderson@ironshore.com>
**Sent:** 5/10/2016 2:06:24 PM +0000
**To:** Mark Hill <mark.hill@ironshore.com>
**Subject:** Dorel/ Schiff Hardin

Hi Mark,

Sorry I cannot make the call but below is a very short bullet point summary of my meeting with Schiff Hardin;

Hostile and rude from the very start

Bruce Weisenthal began by telling me he was General Counsel for Dorel, knew the account and took 'umbridge over the fact I said they hadn't reported to me'. When I explained I had never received one report even pre-trial he said that was an issue to take up with the broker as they sent them reports on everything. ( I am yet to take this up with the broker)

I told him I was there in person as the attachment points were low and I wanted to get a feel for exactly what was on the book and any matters I should keep a close eye on. He told me he thought we took advantage of his client as the attachments, in his opinion, were too high as they 'hammer' everyone who tries to bring a suit.

I asked if I could see the files and was told I could have a copy of their claim summaries. Only after we discussed the privilege situation. (very worrying they had to check that)

His colleague joined the meeting, Matt Schiltz, who advised he would get me a copy of the summaries but would take their advice off as that was strictly for their client, not insurers.

Ignoring the fact Matt started miming over the top of my head at Bruce, they left me in the room for a while, and asked me if I would be a 'pain in the arse', I still only got the most basic of information.

They told me several times I was to read the two photocopies provided as if they were for their client, not insurers. (on reading them, that's wise, as if I were to ever receive such opinionated, pompous summaries from any lawyer I pay I would never instruct them again!)

They then pretty much opened the meeting room door and bid me farewell.

I was in their office a total of 35 minutes!!

As an aside – Bruce did mention that he received an email that morning from Holbrooks lawyers (could be Hinsons)( a claim due to go to trial this month) offering a drop hands. He said he didn't think he would let them off that easy. I still haven't been told whether he has 'let them off' or not.



IRONSHORE__0000417

I have left a bit out but you get the idea. Not that this excuses their behaviour in any way but I genuinely think they had the wrong impression of why I was there and were on the defensive straight away. I explained that the information they were taking off would be submitted to u/w pre renewal in any event, and that's still ignoring the fact I would fall under the common-interest privilege. They seemed to have very little understanding about the London market or any relationship Dorel had with their insurers.

Sorry the meeting was not more fruitful – but it was very eye-opening!

Thanks

Michelle

**Michelle Anderson**

Senior Claims Adjuster – US Casualty

Direct: +44 (0)20 72206726



www.ironshore.com

IRON          F MERG E are moving. Please note:

Level 3

8 Fenchurch Place

London, EC3M 4AJ

The main entrance is to the left of Fenchurch Street Station