**From:** "Parsons, Jeffrey" <BMP/HOUSTON/RECIPIENTS/JPARSONS>
**Sent:** 7/15/2016 4:26:02 PM +0000
**To:** "Judge, Jonathan" <jjudge@schiffhardin.com>
**Subject:** RE: Hinson - post-trial options memo

Jon,

Is there someone else at your firm who is equally knowledgeable about the evidence at trial? If so, I'd like to speak with him or her -- or with you later this afternoon.

==From my review of the transcripts thus far, I cannot find any evidence offered by plaintiff to support the proposition that the seat was unreasonably dangerous to use without a warning that it should not be used by children under 2. The only evidence I can find that gets close is the American Pediatric Academy's recommendation that children under 2 should be seated rear facing because it is "five times safer" -- which is not the same as saying that front faced seating under 2 is "unreasonably dangerous".==

==Thus, I am wondering whether Plaintiff actually met is burden of proof or whether there is insufficient evidence to support the jury's verdict.==

Jeff

Jeffrey R. Parsons
Beirne, Maynard & Parsons, LLP
1300 Post Oak Blvd., 25th Floor
Houston, TX 77056
713-960-7302 (Direct)
713-825-8830 (Cell)
713-960-1527 (Fax)
jparsons@bmplip.com

Beirne Maynard & Parsons, L.L.P.

houston • dallas • baton rouge • new orleans • san antonio
www.bmplip.com

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.

**From:** Judge, Jonathan [mailto:jjudge@schiffhardin.com]
**Sent:** Friday, July 15, 2016 10:51 AM
**To:** Parsons, Jeffrey
**Subject:** RE: Hinson - post-trial options memo

Jeff,

I am in a deposition that may go all day and my phone is having a screen issue. The upshot is that I may be difficult to reach this afternoon unfortunately. I apologize. I can certainly let you know as soon as my deposition is out and I will immediately make myself available, technology willing.

Jonathan

**From:** Parsons, Jeffrey
**Sent:** Friday, July 15, 2016 11:01 AM
**To:** Judge, Jonathan

Exhibit A-9

IRONSHORE0004199

**Subject:** RE: Hinson – post-trial options memo

Jon,

Please let me know your availability for a call this afternoon.

Jeff

Jeffrey R. Parsons
Beirne, Maynard & Parsons, LLP
1300 Post Oak Blvd., 25th Floor
Houston, TX 77056
713-960-7302 (Direct)
713-825-8630 (Cell)
713-960-1527 (Fax)
jparsons@bmplip.com

Beirne Maynard & Parsons, LLP

austin • dallas • houston • new orleans • san antonio

www.bmplip.com

*This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited.*

**From:** Judge, Jonathan [mailto:jjudge@schiffhardin.com]
**Sent:** Thursday, July 14, 2016 7:30 PM
**To:** Parsons, Jeffrey
**Subject:** Hinson – post-trial options memo
**Importance:** High

Jeff,

With my thanks for your patience, here is our short memo listing the highest-priority issues and primary cases / exhibits / testimony addressing them.

We haven't had a chance to incorporate your ideas on causation, but we'd like to do so before filing any motions.

Jonathan

**Jonathan Judge**
Partner

vCard
View Bio



Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606

t 312.258.5587
f 312.258.5600
e jjudge@schiffhardin.com
w schiffhardin.com

IRONSHORE0004200

---
This message and any attachments may contain confidential information protected by the attorney-client or other privilege. If you believe that it has been sent to you in error, please reply to the sender that you received the message in error. Then delete it. Thank you.
---

IRONSHORE0004201