| From: | "Judge, Jonathan" <jjudge@schiffhardin.com> |
|---|---|
| Sent: | 5/20/2016 5:13:46 PM +0000 |
| To: | Michelle Anderson <Michelle.Anderson@ironshore.com> |
| CC: | MGreen@lockton.com; "Weisenthal, Bruce" <bweisenthal@schiffhardin.com> |
| Subject: | RE: Dorel Industries |

Michelle, the updates are drafted by the team at Schiff Hardin LLP responsible for the defense of the cases. As noted on each case summary, either Wally Greenough or myself are the lead counsel on each case. We reflect input from local counsel in connection with the preparation of the summary.

As I believe Bruce noted when he met with you, the litigation summaries are written in a manner designed both to allow all interested parties (including Ironshore) to fully be up to speed on the status of pending matters and to gauge the timing and exposure that the cases represent from a business perspective.

I hope that this is responsive to your inquiry. If not, please let us know and we will be happy to expand and address whatever questions you may have.

As for Hinson, while the acceleration of the trial date is somewhat unwelcome, it doesn't prejudice our preparations at all. As noted in the summary, we plan to do a jury research exercise to help us fully understand the risks and help hone our arguments and evidence in the most productive way. DecisionQuest will produce a report of their findings shortly after the exercise, and we would be happy to provide you with a copy if desired.

Finally, I do have one another recent update. The Holbrook case, which had been scheduled to go to trial this week, resolved for $50,000 shortly before trial was set to begin.

Warm regards,

Jonathan

**Jonathan Judge**
Partner

vCard
View Bio



Schiff Hardin LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606

t 312.258.5587
f 312.258.5600
e
w

Exhibit A-15

IRONSHORE__0000476

**From:** Michelle Anderson [mailto:Michelle.Anderson@ironshore.com]
**Sent:** Friday, May 20, 2016 9:58 AM
**To:** Judge, Jonathan
**Cc:** MGreen@lockton.com
**Subject:** RE: Dorel Industries

Jonathan,

Thank you for the updates provided. Can you please advise who writes them?

I note the trial date on the Hinson matter has moved to June. Can you please advise your thoughts on same?

I await to hear from you.

Kind regards

Michelle

**From:** Judge, Jonathan [mailto:jjudge@schiffhardin.com]
**Sent:** 20 May 2016 15:03
**To:** Michelle Anderson
**Cc:** Weisenthal, Bruce; MGreen@lockton.com
**Subject:** FW: Dorel Industries

Hi Michelle,

I just wanted to follow up to confirm that you received our monthly litigation updates below. Please don't hesitate to let us know if you have further questions.

IRONSHORE__0000477

**Jonathan Judge**  
Partner

vCard  
View Bio



Schiff Hardin LLP  
233 South Wacker Drive  
Suite 6600  
Chicago, IL 60606

t 312.258.5587  
f 312.258.5600  
e  
w

**From:** Judge, Jonathan  
**Sent:** Wednesday, May 11, 2016 9:06 AM  
**To:** 'Green, Mary Faith'; 'Michelle.Anderson@ironshore.com'  
**Subject:** RE: Dorel Industries

**Insurer-Insured Common Interest Privilege**

Mary Faith and Michelle,

Here are the May case updates for Dorel Juvenile Group and Ameriwood.

Jonathan

**Jonathan Judge**  
Partner

vCard  
View Bio



Schiff Hardin LLP  
233 South Wacker Drive  
Suite 6600  
Chicago, IL 60606  

t 312.258.5587  
f 312.258.5600  
e jjudge@schiffhardin.com  
w schiffhardin.com  

```
-----------------------------------------------------------------
This message and any attachments may contain confidential
information protected by the attorney-client or other privilege.
If you believe that it has been sent to you in error,
please reply to the sender that you received the message in
error. Then delete it. Thank you.
-----------------------------------------------------------------
```

The information in this e-mail and in any attachments is confidential and may be privileged. If you are not the intended recipient, please destroy this communication and notify the sender immediately. You should not retain, copy or use this e-mail for any purpose, nor disclose all or any part of its contents to any other person or persons.