IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IRONSHORE EUROPE DAC, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | No. 2:17-cv-431 |
| SCHIFF HARDIN LLP, | § § § | |
| *Defendant*. | § § § | |

**DEFENDANT SCHIFF HARDIN LLP'S NOTICE OF FIRST
AMENDED INITIAL DISCLOSURES**

TO THE HONORABLE RODNEY GILSTRAP, UNITED STATES DISTRICT JUDGE:

Under FED. R. CIV. P. 26(a)(1) and the Court's Discovery Order (Dkt. 12), Defendant Schiff Hardin LLP ("Schiff") served its First Amended Initial Disclosures on counsel of record for Plaintiff Ironshore Europe DAC on January 23, 2018 by e-mail, concurrently with filing Schiff's Answer to Plaintiff's First Amended Complaint (Dkt. 84).

        Respectfully submitted,

        */s/ George M. Kryder*
        George M. Kryder
          State Bar No. 11742900
          gkryder@velaw.com
        Matthew W. Moran
          State Bar No. 24002642
          mmoran@velaw.com
        Jordan W. Leu
          State Bar No. 24070139
          jleu@velaw.com
        Jeremy M. Reichman
          State Bar No. 24083722
          jreichman@velaw.com
        VINSON & ELKINS LLP
        2001 Ross Avenue, Suite 3700
        Dallas, Texas 75201-2975
        Telephone: (214) 220-7700
        Fax: (214) 220-7716

        *Attorneys for Defendant Schiff Hardin LLP*

## CERTIFICATE OF SERVICE

    I certify that on January 24, 2018, a true and correct copy of the foregoing document was served on all counsel of record using the Court's electronic filing system.

        */s/ George M. Kryder*
        George M. Kryder

US 5455123