# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IRONSHORE EUROPE DAC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:17-CV-00431-JRG |
| § | |
| SCHIFF HARDIN, LLP, § | |
| § | |
| *Defendant*. § | |

## *SUA SPONTE* ORDER

In light of the Fifth Circuit's judgment and opinion in this matter, and considering the accompanying mandate that issued on January 2, 2019, the Clerk of Court is directed to **CLOSE** this case.

**So ORDERED and SIGNED this 6th day of March, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE